RICHARD S. PEALE et al., Appellants, *v.* CHARLES R. BENJAMIN, Defendant, and GEORGE C. BARTLETT, Respondent.

*Peale* v. *Benjamin*, 68 App. Div. 126, appeal dismissed.
(Submitted April 7, 1902; decided April 15, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 31, 1902, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that the appeal is frivolous, without merit and taken only for delay.

*John E. Judge* for motion.

*James C. Lenney* opposed.

Motion granted and appeal dismissed, with costs.